IN THE COMMONWEALTH COURT OF PENNSYLVANIA

RT Partners, LP,                          :
                          Appellant       :
                                          :
            v.                            :   Nos. 637 C.D. 2022
                                          :        638 C.D. 2022
The Allegheny County Office of            :        639 C.D. 2022
Property Assessment,                      :
North Allegheny School District           :
and Marshall Township                     :


# **O R D E R**


AND NOW, this 11th day of December, 2023, it is hereby ORDERED that the above-captioned opinion filed on September 11, 2023, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.


LORI A. DUMAS, Judge